1

2

3

4

5 **IN THE UNITED STATES DISTRICT COURT**

6 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

7

8 PHILLIP CARY PAPPAS,                                    No. CIV S-10-1210-LKK-CMK-P

9                  Plaintiff,

10          vs.                                                            ORDER

11 E. ECK, et al.,

12                  Defendants.

13 _____/

14              Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

15 to 42 U.S.C. § 1983.  Plaintiff has filed a notice of voluntary dismissal.  Because no response to

16 the complaint has been filed, leave of court is not required and the action is dismissed on

17 plaintiff's notice.  See Fed. R. Civ. P. 41(a)(1)(A)(i).  The Clerk of the Court is directed to close

18 this file.

19              IT IS SO ORDERED.

20

21  DATED: November 9, 2010

22

23                                              _____
                                                 **CRAIG M. KELLISON**
24                                              UNITED STATES MAGISTRATE JUDGE

25

26

1